## OFFENSES AND PENALTIES

COUNT I - 18 U.S.C. § 922(g)(1) - FELON IN POSSESSION

Penalties:    10 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, $100 Special Assessment


COUNT II - 12 U.S.C. § 841(a)(1) and (b)(1)(D) - Drug Trafficking

Penalties:    10 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, $100 Special Assessment


COUNT III - 18 U.S.C. § 924(C)(1)(A)(i) - USE OF FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

Penalties:    10 Years Imprisonment, $250,000 Fine, 3 Years Supervised Release, $100 Special Assessment


ESTIMATED TRIAL DAYS: 3