IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR.No.
v. ) In violation of 18 U.S.C.
) § 922(g)(1) and 924(c)(1)(A)(i)
WILLIAM CRUZ ) 21 U.S.C. 841(a)(1) and (b)(1)(D)

**CR 08 265**

FILED
MAR 1 9 2008

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 24, 2007, in the District of Rhode Island, the defendant WILLIAM CRUZ, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit: a Beretta .25 Caliber pistol, serial number BES13855V and a North American Arms .22 Caliber revolver, serial number B82204.

In violation of 18 U.S.C. § 922(g)(1).

### COUNT II

On or about November 24, 2007, in the District of Rhode Island, the defendant WILLIAM CRUZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D).

## COUNT III

On or about November 24, 2007 in the District of Rhode Island, the defendant WILLIAM CRUZ, did knowingly possess, two firearms, to wit: a Beretta .25 caliber pistol serial number BES13855V and a North American Arms .22 caliber revolver, serial number B82204, in furtherance of the drug trafficking offense set forth in Count II.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

A TRUE BILL:

**REDACTED**

ROBERT CLARK CORRENTE
United States Attorney

*Zechariah Chafee*     Date: 3/19/08

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief