AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA
v.
William Cruz

APPEARANCE

CASE NUMBER: CR08-26S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for William Cruz

I certify that I am admitted to practice in this court.

3/25/08
*Date*

[signature]
*Signature*

Scott A. Lutes — *Print Name*
3502 — *Bar Number*
One Turks Head Place, Suite 1440 — *Address*
Providence, RI 02903 — *City*, *State*, *Zip Code*
861-1142 — *Phone Number*
861-1141 — *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.