AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

WILLIAM CRUZ

**WARRANT FOR ARREST**

CASE NUMBER: CR08-26S

RECEIVED
U.S. MARSHALS SERVICE
MAR 19 2008
District of Rhode Island

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM CRUZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FELON IN POSSESSION FIREARMS; DRUG TRAFFICKING; USE OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

in violation of
Title 18 United States Code, Section(s) 922(g)(1); 21:841(a)(1)&(b)(1)(D); 18:924(C)(1)(A)(i)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

March 19, 2008 - PROVIDENCE, RI
Date and Location

Bail fixed at
$ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ | | |
| DATE RECEIVED 03/19/2008 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 03/25/2008 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.