**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**

**Vs. ) Cr. No. 08-26S**

**WILLIAM CRUZ )**

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**IN WHICH TO FILE PRE-TRIAL MOTIONS**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court for an extension of time in which to file pre-trial motions. In support of this motion, defendant avers that he is required to file pre-trial motions by May 6, 2008. However, defendant has not yet received discovery from the Government. Counsel has spoken with the U.S. Attorney handling this matter and he has indicated he has no objection to this request.

Wherefore, counsel respectfully requests an extension of time to file pre-trial motions until May 27, 2008.

**William Cruz,**

**By his attorney,**

**/s/ Scott A. Lutes______**

Scott A. Lutes, R.I. Bar #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Motion for Extension of Time to be filed with Zechariah Chafee, AUSA by means of the CM/ECF system, on this the 1st day of May, 2008.

////s/__Scott A. Lutes_____