**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA )**

**vs. ) Cr. No. 08-26-S**

**WILLIAM CRUZ )**

**MOTION TO EXTEND DEADLINE**

**FOR FILING PRE-TRIAL MOTIONS**

Now comes the attorney for the defendant in the above-referenced matter and hereby moves this Honorable Court to extend the deadline for filing pre-trial motions for three weeks, from May 27, 2008, until June 17, 2008. In support of this Motion counsel avers that discovery was not received from the government until May 14, 2008, giving counsel only 13 days, including weekends and the holiday, to meet with his client and prepare the necessary motions. Counsel needs additional time to meet with his client and formulate motions. Counsel also prays that if his Motion is GRANTED, that the trial of this matter be placed on the August trial calendar.

Counsel attempted to contact the AUSA assigned to this matter to obtain his assent, but was unable to reach him prior to filing this Motion.

**WHEREFORE,** counsel respectfully prays that his Motion for Extension of Time in which to file pre-trial motions be granted.

**WILLIAM CRUZ,**

**By his attorney,**

**/s/___Scott A. Lutes**

**Scott A. Lutes, R.I. Bar No. 3502**

**One Turks Head Place, Suite 1440**

**Providence, RI 02903**

**Telephone: (401) 861-1142**

**Facsimile: (401) 861-1141**

**CERTIFICATION**

I hereby certify that I caused to be served by means of the CM/ECF system, a true and accurate copy of the within Motion, to Zechariah Chafee, AUSA, on this the 27th day of May, 2008.

**_/s/__Scott A. Lutes**