**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 08-26S** |
| **WILLIAM CRUZ** | **:** | |

**MOTION FOR DISCLOSURE OF EVIDENCE OF OTHER CRIMES, WRONGS, ACTS OR SPECIFIC INSTANCES OF MISCONDUCT**

Now comes the attorney for the defendant, pursuant to the Fifth, Sixth and Fourteenth Amendments to the United States Constitution, Federal Rule of Criminal Procedure 12 (d) and Federal Rule of Evidence 404 (b), and hereby moves this Honorable Court to enter an Order directing the Government to supply notice of its intent to introduce, either in its direct case, during cross examination of the defendant, or in its rebuttal case, evidence of other crimes, wrongs, prior bad acts, or specific instances of misconduct allegedly committed by the defendant. Defendant makes this motion to prevent unfair surprise or prejudice at the time of trial and to permit the filing of appropriate Motions in Limine regarding this evidence.

WHEREFORE, defendant respectfully prays that his Motion for Disclosure of Evidence of Other Crimes, Wrongs, Acts or Specific Instances of Prior Misconduct be granted.

**WILLIAM CRUZ**,

By his attorney,

/S/ Scott A. Lutes

Scott A. Lutes, #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone : (401) 861-1142

Facsimile: (401) 861-1141

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this motion will constitute, in whole or in part, excludable time as defined by 18 U.S.C. § 3161(h).

/s/ Scott A. Lutes

**CERTIFICATION**

I hereby certify that I caused to be served by CM/ECF a copy of the within Motion for Disclosure of Evidence of Other Crimes, Wrongs, etc., to Zechariah Chafee, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI , on this the 17th day of June, 2008.

/s/ Scott A. Lutes

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 08-26S** |
| **WILLIAM CRUZ** | **:** | |

**MEMORANDUM IN SUPPORT OF MOTION FOR DISCLOSURE OF EVIDENCE OF OTHER CRIMES, WRONGS, ACTS OR SPECIFIC INSTANCES OF MISCONDUCT**

Federal Rule of Evidence 404 (b) was amended in 1991 to provide for advance notice of the Government's intention to use evidence of other crimes, wrongs, acts or specific instances of misconduct. The advance notice provision is designed to avoid surprise, unfair prejudice, delay and also to allow defense counsel adequate opportunity to file appropriate Motions in Limine.

However, in order to adequately meet this evidence, the defense must be apprised of not only the existence of the information, but the methods and means of such information, the place of the occurrence, date, as well as the names and addresses of all witnesses the Government intends to call to introduce such evidence, otherwise advance disclosure is a nullity.

Failure to provide such information will unfairly prejudice William Cruz and deprive him of his Sixth Amendment right to confront his accusers, as well as his Fifth

Amendment right to due process of law. *See, United States v. Kane, 646 F.2d 4 (1st Cir. 1981).*

**WILLIAM CRUZ**,

By his attorney,

/s/ Scott A. Lutes

Scott A. Lutes, #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused to be served by ECF, the within Memorandum in Support of Motion for Disclosure of Evidence of Other Crimes, Wrongs, etc., to Zechariah Chafee, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI on this the 17th day of June, 2008.

/s/ Scott A. Lutes