**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs** | : | **Cr. No. 08-26S** |
| | : | |
| **WILLIAM CRUZ** | : | |

**MOTION TO PRESERVE ROUGH NOTES AND WRITINGS**

Now comes the attorney for the defendant in the above-entitled case and hereby moves this Honorable Court to enter an Order directing all Government agents affiliated with this case to preserve any and all rough notes, investigative notes and writings pertaining to the investigation and prosecution of this case and with respect to all witnesses. In further support of this Motion, counsel contends that these notes and writings could fall within the ambit of the *Jencks* Act, so called, 18 U.S.C. §3500, and may constitute exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963).

In further support of this Motion counsel relies upon the reasoning as set forth in the attached Memorandum of Law.

WHEREFORE, defendant respectfully prays that his Motion to Preserve Rough Notes and Writings be granted.

**WILLIAM CRUZ**,

By his attorney,

/s/ Scott A. Lutes

Scott A. Lutes, #3502

One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 861-1141

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this motion will constitute, in whole or in part, excludable time as defined by 18 U.S.C. § 3161(h).

/s/ Scott A. Lutes

**CERTIFICATION**

I hereby certify that I caused to be served by CM/ECF, a true and accurate copy of the within Motion to Preserve Rough Notes and Writings, to Zechariah Chafee, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02902 on this the 17th day of June, 2008.

/s/ Scott A. Lutes

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs** | : | **Cr. No. 08-26S** |
| | : | |
| **WILLIAM CRUZ** | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO PRESERVE ROUGH NOTES AND WRITINGS**

The defense has moved for this Court to enter an Order directing all Government agents affiliated with this case to preserve any and all rough notes, investigative notes and writings pertaining to the investigation and prosecution of this case and with respect to all witnesses.

The purpose of this motion is to prevent the destruction of potentially relevant or potentially exculpatory information which is contained within investigative notes. Investigative notes and writings provide the most contemporaneous factual statements available regarding events that are crucial to the allegations in this case. The notes of government agents, Cranston and Warwick police detectives, etc., are likely to reflect memory lapses and inconsistencies between witness statements which have been or were otherwise refreshed during the agents' interviews, as well as inaccuracies in translations.

In further support of this Motion, counsel contends that these notes and writings may fall within the ambit of the *Jencks* Act, so called, 18 U.S.C. §3500, and may constitute exculpatory evidence pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), but without an Order preserving them, counsel will never know.

WHEREFORE, defendant respectfully prays that his Motion to Preserve Rough Notes and Writings be granted.

**WILLIAM CRUZ**,

By his attorney,

/s/ Scott A. Lutes

Scott A. Lutes, #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

## CERTIFICATION

I hereby certify that I caused to be sent via CM/ECF notification a copy of the within Memorandum in Support of Motion to Preserve Rough Notes and Writings, to Zechariah Chafee, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, on this the 17th day of June, 2008.

/s/ Scott A. Lutes