**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA :**
**vs : Cr. No. 08-26S**
**WILLIAM CRUZ :**

**MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS**

Now comes the defendant in the above-entitled matter and hereby moves this Honorable Court for Leave to File Additional Motions within twenty (20) days of receipt of the Government's reply to Defendant's Motions filed on this date. Specifically, the defense may wish to challenge the issuance of the search warrant in this case, but feels that more information is necessary to justify its legal objection. The defense does not want to file motions frivolously and therefore requests additional time to consider filing a suppression motion based upon the government's response to the other motions filed by the defense on this date. Additionally, the defense has recently hired a private investigator to investigate certain aspects of this case, depending upon the outcome of that investigation, additional grounds may arise to challenge the search warrant application

In support of this Motion defendant relies upon the reasoning as stated in the attached Memorandum.

WHEREFORE, in the interests of justice, the Defendant prays that his Motion is granted.

**WILLIAM CRUZ**,
By his attorney,

/s/ SCOTT A. LUTES
Scott A. Lutes, #3502
One Turks Head Place, Suite 1440

Providence, RI 02903
Telephone : (401) 861-1142
Facsimile: (401) 861-1141

**Statement Pursuant to Local Rule 12(f)**

Defendant avers that any delay occasioned by the making, hearing or granting of this Motion will constitute in whole or in part, excludable time as defined by 18 U.S.C. § 3161(h).

/s/ Scott A. Lutes

**CERTIFICATION**

I hereby certify that I caused to be sent via CM/ECF a copy of the within Motion For Leave to File Additional Motions, to Zechariah Chafee, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903, on this the 17th day of June, 2008.

/s/ Scott A. Lutes

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs** | **:** | **Cr. No. 08-26S** |
| **WILLIAM CRUZ** | **:** | |

**MEMORANDUM IN SUPPORT OF MOTION**

**FOR LEAVE TO FILE ADDITIONAL MOTIONS**

The defense seeks an additional twenty (20) days to file additional motions in the event information is supplied by the Government in its response to Defendant's motions filed on this date, which will provide a good faith basis for additional motions.

By definition, the defense has no way of knowing the content of the Government's response to its motions. Information is sought which could provide a basis for the filing of additional motions on defendant's behalf. One specific motion the defense is contemplating is a Motion to Suppress Evidence, the merit of which will be greatly influenced by the Government's Reply to several motions, most notably, the Motion for Production of Evidence Favorable to the Accused.

Failure to allow additional time for the filing of additional motions would unfairly prejudice William Cruz and might cause unnecessary delay and expense. Moreover, the interests of justice militate in favor of allowing the defense a short period of time to consider filing additional motions based upon the Government's reply to the Defendant's other Motions as well as the results of a private investigative effort.

**WILLIAM CRUZ**,

By his attorney,

/s/ Scott A. Lutes

Scott A. Lutes, #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused to be served by ECF, the within Memorandum in Support of Motion for Leave to File Additional Motions, to Zechariah Chafee, AUSA, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI on this the 17th day of June, 2008.

/s/ Scott A. Lutes