**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR LEAVE TO FILE ADDITIONAL MOTIONS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and states that it has no objection to defendant's Motion For Leave To File Additional Motions.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Response To Defendant's Motion For Leave To File Additional Motions to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov