**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR EVIDENCE OF OTHER CRIMES OR WRONGS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U.S. Attorney, and responds as set forth in the accompanying memorandum in support.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Response To Defendant's Motion For Evidence of Other Crimes or Wrongs, with accompanying memorandum in support to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT
OF IT'S RESPONSE TO DEFENDANT'S MOTION
FOR EVIDENCE OF OTHER CRIMES OR WRONGS

At this time the government does not intend to use evidence of other crimes or wrongs in its case in chief pursuant to Federal Rules of Evidence 404(b). The government will introduce evidence of defendant's prior felony conviction in order to establish the necessary element of the felon in possession of a firearm charge. If the government does come upon new evidence that causes it to change its plan, it will promptly notify defense counsel.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Response To Defendant's Motion For Evidence of Other Crimes or Wrongs, with accompanying memorandum in support to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov