**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION TO PRESERVE ROUGH NOTES AND WRITINGS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and objects to the defendant's motion to preserve rough notes and writings, with accompanying memorandum in support.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Objection To Defendant's Motion To Preserve Rough Notes and Writings, with accompanying memorandum in support to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT
OF IT'S OBJECTION TO DEFENDANT'S
MOTION TO PRESERVE ROUGH NOTES AND WRITINGS

I. INTRODUCTION

Defendant has moved the court to order the preservation by government agents affiliated with this case of their rough notes and writings. The motion should be denied.

II. FACTS

Defendant has been charged in a two count indictment alleging in Count I that defendant possessed two firearms after a felony conviction and in Count II that defendant possessed marijuana with intent to distribute. An outline of the facts of the case follows.

Several months before November 23, 2007 the Cranston Police received information from a reliable informant that William Cruz of 151 Thunder Trail, Cranston, was dealing marijuana. In the week before November 23, 2007 law enforcement seized from the garbage left for picking at the curb at 151 Thunder Trial seven one gallon zip lock plastic bags with marijuana residue in them. On November 23 the Cranston Police obtained a search warrant for 151 Thunder Trail.

On November 24, 2007 at about 10:15am, Cranston detectives executed a search warrant at 151 Thunder Trail, Cranston following an investigation of William Cruz and Toni Ann Rossi, who lived there. The police were met at the front door by Evelyn Cruz, William Cruz's mother, who said he and Toni Ann Rossi had left for Florida the past Thursday and would be here Monday. She was given a copy of the search warrant and seated in the kitchen with Cruz's two daughters when the police searched the house.

In the bedroom of Cruz and Rossi's the police found records relating to Rossi and evidence of occupancy by Cruz. From the dresser to the right of the bed the police seized an orange digital scale, an opened box of 46 Ziploc gallon size storage bags, a Sunbeam digital scale, and an Aldo and Air Jordan shoe boxes. In one of the shoe boxes there was about nearly two pounds of marijuana. There were men's clothes in the dresser.

From under the bed mattress right side closest to the dresser with the men's clothing, a policeman found a .25 caliber Beretta semi-automatic pistol with seven rounds in the magazine inserted. There was also a box of 50 .25 caliber PMC brand ammunition, a box for the Beretta pistol, and a receipt for the Beretta in the name of Billy Jo Rossi. Also from under the right side mattress the police seized a North American Arms .22 caliber revolver pistol with four rounds in the cylinder. The Beretta had a broken firing pin but counts as a firearm because it was "designed" to fire a bullet.

From a shoe box in the walk-in closet the police seized $6,500 in cash in a Bank of America envelope.

In the basement the police found two Rubbermaid 24 gallon containers with covers. A container had seven one-gallon Ziploc bags filled with marijuana. This was in a locked closet beneath the stairs. The second container was outside the closet which smelled strongly of

marijuana. The seven bags of marijuana weighed over six pounds.

On the first floor on a plastic storage box there was evidence of residence of both Cruz and Rossi. In the car in the attached garage registered to Bobby Rossi, (believed to be Toni Ann Rossi's father), the police found about five pounds of marijuana in five gallon sized Ziploc bags. The total amount of marijuana came to 10,880 grams by my calculations.

In a pocket book in the dining room belong to Toni Ann Rossi the police seized $1,220 in cash.

At the house the police found a safe deposit box key for a box at the Citizen Bank at 1030 Park Avenue in Cranston. They got a search warrant for the box and found $50,000 in cash. The box was rented by Toni Ann Rossi. The access card shows her signing-in about six times.

William Cruz was arrested and convicted in 1993 of possession of marijuana with intent to deliver and was sentenced to 3 years suspended.

In 1998, Cruz was convicted of possession of marijuana and sentenced to 2 years suspended.

III. ARGUMENT

The case involves the execution of two search warrants - one at the home of defendant and the other at a safe deposit box in a Citizens Bank branch. The government's evidence at trial will be concerned with what took place at those searches and what was found as well as the laboratory analysis of the marijuana. Reports or notes about the events leading would not concern trial testimony and thus do not qualify as Jencks material.

Any rough notes regarding the trial testimony would not fall under Jenckes because they would not have been signed and thus adopted by the officers as accurate. 18 U.S.C. § 3500(e)(1). And there is no showing that such notes about the searches, if any were even made, would in any

fashion exculpate defendant from the two charges. Defendant is not entitled to any such writings.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Objection To Defendant's Motion To Preserve Rough Notes and Writings, with accompanying memorandum in support to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov