**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S OBJECTION TO THE PRODUCTION
OF JENCKS MATERIAL BEFORE TRIAL

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U.S. Attorney, and objects to the defendant's motion for production of Jencks material before trial, with accompanying memorandum in support.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Objection To Defendant's Motion For Exculpatory Evidence, with accompanying memorandum in support to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT
OF IT'S OBJECTION TO THE PRODUCTION
OF JENCKS MATERIAL BEFORE TRIAL

Defendant wants all Jencks material (18 U.S.C. §3500) at least 30 days before trial. First, it should be noted that the government has already provided the police reports in its file. Should the government come upon any other statements of expected witnesses concerning the subject of their expected trial testimony, the government will move quickly to get copies to the defendant. However, it should be noted that there are grand jury minutes which the government will not disclose until it is certain that the case is going to trial rather than to plea.

The government has not yet decided who its trial witnesses will be but as that determination is made the prosecutor will check to see if such witnesses made any further written statements concerning the case.

The government is under no requirement to disclose Jencks material so far in advance of trial. The government has been open about what it has and will continue to be but does not want to be subject to a 30-day requirement.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Objection To Defendant's Motion For Exculpatory Evidence, with accompanying memorandum in support to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov