**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**July 22, 2008 Calendar Call**

## CRIMINAL CASES

| | |
|---|---|
| CR07-106-01S-LDA | USA v. Jesus Gonzalez<br>Conspiracy with intent to Distribute Cocaine |
| CR07-109-01S-DLM | USA v. Jonathan Campbell<br>Felon in Possession of a Firearm |
| CR08-22-01S-DLM | USA v. Jameel Gibbons<br>Assault on an Employee of the United States |
| CR08-26-01S-DLM | USA v. William Cruz<br>Felon in Possession of a Firearm |
| CR08-27-01S | USA v. Scott M. Brown<br>Bank Robbery |
| CR08-28-01S | USA v. Juan Quezada-Ortega<br>Illegal Re-Entry |
| CR08-35-01S-DLM | USA v. Elvis Fortes<br>Possession with Intent to Distribute Cocaine |
| CR08-43-01S-DLM | USA v. Scott Peterson<br>Possession with Intent to Distribute Cocaine |

## CIVIL CASES

| | |
|---|---|
| CA07-256S-DLM | David M. Ciampi v. Etsuko Motookizuezek, et al<br>Civil Rights |

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on August 5, 2008 to be tried in the order listed. The calendar will be called on **July 22, 2008** at 9:00 a.m. Juries will be empaneled on August 5, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: July 2, 2008

**Please notify Clerk's Office if any counsel of record have not been notified.**