**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S
MOTION FOR EXCULPATORY EVIDENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant U. S. Attorney, and objects to the defendant's motion for exculpatory evidence, with accompanying memorandum in support.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Objection To Defendant's Motion For Exculpatory Evidence, with accompanying memorandum in support to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No.08-26S |
| | ) | |
| WILLIAM CRUZ | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT
OF IT'S OBJECTION TO DEFENDANT'S
MOTION FOR EXCULPATORY EVIDENCE

## I. INTRODUCTION

Defendant has filed a Motion for Exculpatory Evidence which goes well beyond evidence that bears on the issue of guilt or innocence or that would bear on the truthfulness of witness testimony, as described in the Brady and Giglio cases. The motion should be denied to the extent it goes beyond those cases.

## II. FACTS

Defendant has been charged in a two count indictment alleging in Count I that defendant possessed two firearms after a felony conviction and in Count II that defendant possessed marijuana with intent to distribute. An outline of the facts of the case follows.

Several months before November 23, 2007 the Cranston Police received information from a reliable informant that William Cruz of 151 Thunder Trail, Cranston, was dealing marijuana. In the week before November 23, 2007 law enforcement seized from the garbage left for pick-up at the curb at 151 Thunder Trial seven one gallon zip lock plastic bags with marijuana residue in them. On November 23 the Cranston Police obtained a search warrant for 151 Thunder Trail.

On November 24, 2007 at about 10:15am, Cranston detectives executed a search warrant at 151 Thunder Trail, Cranston following an investigation of William Cruz and Toni Ann Rossi, who lived there. The police were met at the front door by Evelyn Cruz, William Cruz's mother, who said he and Toni Ann Rossi had left for Florida the past Thursday and would be here Monday. She was given a copy of the search warrant and seated in the kitchen with Cruz's two daughters when the police searched the house.

In the bedroom of Cruz and Rossi's the police found records relating to Rossi and evidence of occupancy by Cruz. From the dresser to the right of the bed the police seized an orange digital scale, an opened box of 46 Ziploc gallon size storage bags, a Sunbeam digital scale, and an Aldo and Air Jordan shoe boxes. In one of the shoe boxes there was nearly two pounds of marijuana. There were men's clothes in the dresser.

From under the bed mattress right side closest to the dresser with the men's clothing, a policeman found a .25 caliber Beretta semi-automatic pistol with seven rounds in the magazine inserted. There was also a box of 50 .25 caliber PMC brand ammunition, a box for the Beretta pistol, and a receipt for the Beretta in the name of Billy Jo Rossi. Also from under the right side mattress the police seized a North American Arms .22 caliber revolver pistol with four rounds in the cylinder. The Beretta had a broken firing pin but counts as a firearm because it was "designed" to fire a bullet.

From a shoe box in the walk-in closet the police seized $6,500 in cash in a Bank of America envelope.

In the basement the police found two Rubbermaid 24 gallon containers with covers. A container had seven one-gallon Ziploc bags filled with marijuana. This was in a locked closet beneath the stairs. The second container was outside the closet which smelled strongly of marijuana. The seven bags of marijuana weighed over six pounds.

On the first floor on a plastic storage box there was evidence of residence of both Cruz and Rossi. In the car in the attached garage registered to Bobby Rossi, (believed to be Toni Ann Rossi's father), the police found about five pounds of marijuana in five gallon sized Ziploc bags. The total amount of marijuana came to 10,880 grams by my calculations.

In a pocket book in the dining room belong to Toni Ann Rossi the police seized $1,220 in cash.

At the house the police found a safe deposit box key for a box at the Citizens Bank at 1030 Park Avenue in Cranston. They got a search warrant for the box and found $50,000 in cash. The box was rented by Toni Ann Rossi. The access card shows her signing-in about six times.

In 1993 William Cruz had been convicted of possession of marijuana with intent to deliver and was sentenced to 3 years suspended. In 1998, Cruz was convicted of possession of marijuana and sentenced to 2 years suspended.

## III. <u>ARGUMENT</u>

It is the government's intent to present testimony and evidence establishing the facts in support of the charges at trial. The government does not intend to put in evidence regarding the basis for the search warrant for the house. There is pending no motion from the defendant to suppress the evidence seized from the house or from the safe deposit box. Despite this the

defendant states in his motion, “One of the central issues for the defense is the propriety of the finding of probable cause for the issuance of the search warrant.”

The government has already provided defendant with copies of the police reports regarding the search of the house on November 24, 2007 and the search of the safe deposit box. Following is the list of paperwork the government has provided to defendant.

1. Narrative for Det. Sgt. Henry (3 pages).
2. Supplemental narrative of Det. Petrella.
3. Arrest Report on William Cruz (7 pages).
4. Arrest Report on Toni Rossi.
5. Firearm Examinations Special Agent McNamara (2 pages).
6. Fingerprint Analysis by M. DeMoranville.
7. Judgment of Conviction on William Cruz.
8. Docket Sheets (4 pages) and Court Cost Sheet.
9. Request to Enter Plea.
10. Criminal Complaint.
11. Forensic Drug Chemistry Report on Marijuana (5 pages).
12. ATF Summary of Events.
13. Cranston Police Department Evidence Reports (3 pages).
14. Rhode Island Crime Laboratory Report on Beretta (2 pages).
15. Rhode Island Crime Laboratory Report on Revolver.
16. Complaint, Search Warrant, Affidavit, Return for House (4 pages).
17. Complaint, Search Warrant, Affidavit, Return for Safety Deposit Box (4 pages).

The government responds to defendant's individual demands as follows:

1) To the extent there is evidence that defendant may not have committed the crimes alleged, it is reflected in the reports provided or is already known to defendant.

2) There is no suppression motion challenging the search warrant. The government will look into the allegation by defendant regarding the garbage pull.

3) There has been no suppression motion filed.

4) If any witness has been convicted of a crime that will be disclosed.

5) The complete personnel files are not subject to review. If there are any department findings of dishonesty regarding a trial witness that information will be revealed to defendant.

6) There have been no requests for immunity by any trial witness.

7) This is not relevant information.

8) The government does not intend to call an informant as a witness.

9) Irrelevant.

10) The government does not intend to call an informant at trial.

11) Irrelevant. See 10 above.

12) Irrelevant. See 10 above.

13) Irrelevant. See 10 above.

14) Irrelevant. See 10 above.

15) Overbroad.

16) The government will check.

17) Overbroad.

18) Overbroad. Any Giglio information will be disclosed.

19) a) The government is not required to go this far.

b) The government is not required to figure this out. If defendant has such a witness he can call that person.

c), d), and e) Overbroad.

20) To the extent that the government becomes aware of information impeaching the government witness's testimony, it will reveal it. Otherwise, the request is overbroad.

21) The government's reason to charge William Cruz is not discoverable. The disposition of Toni Rossi's case was a decision of the Rhode Island Attorney General's Office.

22) The government will have the ATF and Cranston Police check the personnel files of trial witnesses for findings of dishonesty.

23) If there are any criminal convictions of trial witnesses they will be disclosed.

24) Overbroad.

25) Should any evidence impeaching a government witness's testimony become known to the government it will be disclosed.

26) Overbroad.

27) Any Brady material that becomes known to the government will be disclosed.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

Robert Clark Corrente
United States Attorney

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 3rd day of July, 2008, I electronically filed as well as served, ordinary mail, postage prepaid, a true copy of the Within Government's Objection To Defendant's Motion For Exculpatory Evidence, with accompanying memorandum in support to:

Scott A. Lutes, Esq.
One Turks Head Place, Suite 1440
Providence, Rhode Island 02903

/s/ ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant United States Attorney
RI Bar No. 3364
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 709-5000
Fax: (401) 709-5002
zechariah.chafee@usdoj.gov