**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| **Vs.** | **)** | **Cr. No. 08-26S** |
| **WILLIAM CRUZ** | **)** | |

**UNOPPOSED MOTION TO POSTPONE TRIAL**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court to postpone the trial of this matter until September. In support of this motion, defendant avers that plea negotiations are ongoing with the Government and that with the benefit of additional time counsel believes a trial may be averted. Counsel has spoken with the U.S. Attorney handling this matter and he has indicated he has no objection to this request for postponement.

Wherefore, counsel respectfully requests to postpone the trial of this case until the September trial calendar.

**William Cruz,**

**By his attorney,**

**/s/ Scott A. Lutes______**

Scott A. Lutes, R.I. Bar #3502

One Turks Head Place, Suite 1440

Providence, RI 02903

Telephone: (401) 861-1142

Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Motion to Postpone Trial to be filed with Zechariah Chafee, AUSA by means of the CM/ECF system, on this the 17th day of July, 2008.

/s/ Scott A. Lutes