**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| **Vs.** | **)** | **Cr. No. 08-26S** |
| **WILLIAM CRUZ** | **)** | |

**UNOPPOSED MOTION TO POSTPONE TRIAL**

Now comes the attorney for the defendant in the above-entitled matter and hereby moves this Honorable Court to postpone the trial of this matter for an additional month. In support of this motion, defendant avers that plea negotiations are ongoing with the Government but it has come to counsel's attention that there is an issue whether the defendant is subject to the career criminal enhancement and additional time is necessary to investigate this issue. With the benefit of additional time counsel believes a trial may be averted. Counsel has spoken with the U.S. Attorney handling this matter and he has indicated he has no objection to this request for postponement.

Wherefore, counsel respectfully requests to postpone the trial of this case until the October trial calendar.

**William Cruz,**

**By his attorney,**

**/s/ Scott A. Lutes______**

Scott A. Lutes, R.I. Bar #3502
One Turks Head Place, Suite 1440
Providence, RI 02903
Telephone: (401) 861-1142
Facsimile: (401) 861-1141

**CERTIFICATION**

I hereby certify that I caused a true and accurate copy of the within Motion to Postpone Trial to be filed with Zechariah Chafee, AUSA by means of the CM/ECF system, on this the 18th day of August, 2008.

/s/ Scott A. Lutes